**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

KATIE ALLEN,

*Plaintiff*,

v. Case No. 2:25-cv-02556-EFM-JBW

RANDY WATSON, in his individual capacity,
and DR. JAKE STEEL, KANSAS COMMISSIONER
OF EDUCATION,
in his official capacity.,

*Defendants*.

---

**Index of Exhibits to Motion for Summary Judgment**

| | |
|---|---|
| Exhibit 01 | Index of Exhibits |
| Exhibit 02 | Appointment Letter dated 8-14-25 |
| Exhibit 03 | Email with Appointment Letter 8-14-25 |
| Exhibit 04 | Signed Position Description |
| Exhibit 05 | Facebook Post with Comment |
| Exhibit 06 | 9-11-25 Resignation Email from Allen |
| Exhibit 07 | 9-11-25 Out of Office Reply from Fultz |
| Exhibit 08 | Allen Communications with KSDE after 9-11-25 |
| Exhibit 09 | 9-16-25 Resignation Confirmation |
| Exhibit 10 | 9-12-25 Email to Watson re spreading address of family |
| Exhibit 11 | 9-16-25 Email Fultz to Fritz with Resignation email |
| Exhibit 12 | 9-16-25 Fritz Email forwarding Resignation to Watson |
| Exhibit 13 | Bremer Declaration |
| Exhibit 14 | Carpenter Declaration |
| Exhibit 15 | Seele Declaration |
| Exhibit 16 | Katie Allen deposition |
| Exhibit 17 | Dr. Watson deposition |
| Exhibit 18 | Wendy Fritz deposition |
| Exhibit 19 | Beth Fultz deposition |
| Exhibit 20 | Auldridge Declaration |