KANSAS STATE DEPARTMENT OF EDUCATION
900 S.W. Jackson Street, Suite 102
Topeka, Kansas 66612-1212
(785) 296-3201
www.ksde.org

August 14, 2025

Katie Allen
5116 Bramblewood Dr
Manhattan, KS 66053

Dear Katie,

This letter serves as confirmation of your appointment to the position of Research Analyst (K0223839) on the Career, Standards and Assessment Services team. This is an unclassified, full-time position under the Kansas Civil Service Act.

This position's rate of pay is $3,258.49/biweekly. Your appointment is effective August 20, 2025. Please note the following additional information:

- This offer of employment is conditional upon verification of your eligibility to work in the United States. From the attached *Lists of Acceptable Documents* (I-9 form), please bring any List A document <u>or</u> a combination of a List B <u>and</u> List C documents to verify your identity and employment eligibility on your first day at work. <u>We cannot accept copies of those documents</u>—we must see the originals in order to put you on payroll.
- State of Kansas employees are paid via direct deposit. Please bring a voided check to your New Employee Orientation session, in order to establish the compensation payment record for you.
- This position is exempt from overtime compensation under the federal Fair Labor Standards Act (FLSA).
- You will serve a one-year probationary period in this position based on Kansas Administrative Regulation 1-7-4 and KSDE practice.
- You will be eligible for health insurance coverage on your first day of employment.
- For additional information regarding the many benefits provided to employees of the State of Kansas, please visit www.kansas.gov/employee/.
- Please report to KSDE Human Resources (Room 102N) a few minutes after 8:00 a.m. on Wednesday, August 20, 2025.

We are pleased to have you join KSDE and hope you will find your employment here a rewarding experience. If you have any questions, please contact me by phone at 785-296-5363 or e-mail at wfritz@ksde.org.

Sincerely,

Wendy Fritz
Director

cc: Beth Fultz, Director

Attachments

---

I accept the unclassified Research Analyst position on the Career, Standards and Assessment Services team offered at a biweekly rate of $3,258.49, effective August 20, 2025. I understand that this is exempt position and that I will serve a one-year probationary period.

Signature                                                                                    Date 8/20/25