ALLEN00007

Gmail

**Katie Allen <klallenedd@gmail.com>**

# Re: KSDE Employment Confirmation

1 message

**Katie Allen** <klallenedd@gmail.com> Fri, Aug 15, 2025 at 8:40 AM
To: "Wendy M. Fritz" <Wendy.Fritz@ksde.gov>

Thank you!!
Katie

On Thu, Aug 14, 2025 at 4:59 PM Wendy M. Fritz <Wendy.Fritz@ksde.gov> wrote:

> Katie,
>
> Welcome to the Kansas State Department of Education!
>
> Attached is the confirmation of employment offer letter with a start date of **Wednesday, August 20th**. In addition, I have attached the position description, employment eligibility (refer to page 2) and parking information. In order for you to begin reviewing health insurance options, I have included a link to the Health Benefits Enrollment Guide; https://sehp.healthbenefitsprogram.ks.gov/media/cms/PY2025_Active_Guide_V2_4_b492a62e2a2d2.pdf. You will be given additional benefits information during new employee orientation on your first day at KSDE.
>
> Please review the confirmation letter. You will be asked to sign the original during new employee orientation.
>
> Don't hesitate to let me know if you have any questions.
>
> Wendy
>
> KANSAS STATE DEPARTMENT OF EDUCATION
> 900 S.W. Jackson Street, Suite 102
> Topeka, Kansas 66612-1212
>
> Wendy M. Fritz
>
> *Director*
>
> Human Resources
>
> (785) 296-5363
>
> Wendy.Fritz@ksde.gov
>
> www.ksde.gov
>
> *Kansas leads the world in the success of each student.*

The Kansas State Department of Education does not discriminate on the basis of race, color, national origin, sex, disability or age in its programs and activities and provides equal access to the Boy Scouts and other designated youth groups. The following person has been designated to handle inquiries regarding the nondiscrimination policies: KSDE General Counsel, Office of General Counsel, KSDE, Landon State Office Building, 900 S.W. Jackson, Suite 102, Topeka, KS 66612, (785) 296-3201.