# Kansas State Department of Education - Position Description - Revision 5: August 2017

**Part I.**

| Field | Value |
| --- | --- |
| HR Job Requisition # (if applicable) | |
| HR verified date | MCarpenter 8/2025 |
| Name | Katie Allen |
| Current Position # | K0223839 |
| Current Classification for Job Title | Research Analyst |
| Division | Learning Services |
| Date Position Updated | 08/2025 |
| Proposed Job Title (if title change) | Senior Education Research Analyst |
| Team | Career, Standards and Assessment Services |
| Full Time / Part Time | ☒ Full Time ☐ Part Time _______ % |
| Position # | ☐ classified ☒ unclassified |
| Regular hours of work | Monday through Friday – Hours to be determined |
| FLSA Status | ☒ exempt ☐ non-exempt |
| Work Station Location | City: Topeka County: Shawnee |
| Field Based | ☐ Yes ☒ No |
| Area Covered | |
| Risk Category | ☒ High Risk ☐ Medium Risk ☐ Low Risk |
| Data User Role | ☒ Data User ☐ Data Steward ☐ Data Quality Analyst ☐ Data Custodian ☐ Data Owner |

**Part II.**

**Describe the purpose of this position. Why does it exist?**

The purpose of this position is to: (1) assist in the work of at-risk broadly defined; (2) analyze, prepare and format data in response to Kansas State Department of Education (KSDE) internal and external customers; and (3) design and carry out research and evaluation methodologies related to at-risk legislation and KSDE goals and research priorities.

This position requires professional educational work of a specialized nature including: (1) evaluating educational research methodologies and reports, (2) analyzing data sets, (3) developing data specifications for programmers, (4) designing a range of data presentations and analysis tools and (5) evaluating and communicating research findings. The work requires collaboration and coordination with several KSDE teams as well as with local education agencies and contractors. Additionally, the position requires some consultation with agency staff on a range of research issues, as well as the ability to analyze state and federal educational laws, regulations and initiatives.

**Who supervises this position?**

| Incumbent | Title | Position # |
| --- | --- | --- |
| Julie Ewing | Assistant Director | K0213922 |

**a) How much latitude is allowed employees in completing the work? b) What kinds of instructions, methods, and guidelines are given to the employee in this position to help do the work? c) State how and in what detail assignments are made? d) Who reviews the work, how often, and what is the level of Review?**

a) The employee is given considerable latitude in completing data analysis, research and program evaluation. Work requires high levels of concentration and consideration of alternative approaches, culminating in decisions/actions that may influence state programs.

b) The employee works both independently and in close collaboration with the Director of Career, Standards and Assessment Services (CSAS) to ensure the responsiveness of the work to agency and customer needs.

c) Assignments are made by the CSAS Director, Division of Learning Services (DLS) Deputy Commissioner and Commissioner.

d) Work is reviewed by the supervisor as needed, at least twice per year.

Check the statement that best describes the leadership, supervisory, or management responsibilities of this position.

☐ None

☒ Lead worker: Plans and coordinates the work of co-workers, guiding and training them while performing the same kind and level of work a majority of the time.

☐ Supervisor: Assigns, directs, reviews, and evaluates the job performance; has significant input into decisions related to hires, transfers, promotions, demotions, dismissals, and discipline of employees under his or her supervision. The majority of the work is different from that of subordinates.

☐ Manager: Integrates and coordinates the activities of several organizational functions or programs and initiates changes through subordinate supervisors or integrates and coordinates the activities of one or more programs having department wide impact.

Positions supervised directly by this position.

| Incumbent | Title | Position # |
|---|---|---|
| N/A | | |

What hazards, risks, or discomforts exist on the job or in the work environment? Frequency of exposure?

Normal office hazards.

| Number Each Task and Indicate Percent of Time an Incumbent Spends or Would Spend Performing each Task. | | Describe the work of this position using this page. Duties may be continued on the next page if more space is needed. Use the following format for describing duties: What is the action being done (use an action verb)? To whom or what is the action directed (object of the action)? Why is the action being done? How is the action being done? |
|---|---|---|
| Essential Functions ADA Codes | % of time | ADA Coding<br>A: Essential function, position exists to perform the function.<br>B: Essential function, number of employees available to perform this function is limited.<br>C: Essential function requires specialized expertise to perform this function.<br>D: Non-essential function |

Performance expectations will be established at the beginning of each performance review period that includes, at a minimum, the following categories: dependability, agency values, job proficiency, communication, customer service, initiative, and teamwork.

| | | |
|---|---|---|
| ABC | 25% | Evaluates educational policy research from multiple sources for the purpose of providing agency guidance and making recommendations for education program improvement. |
| ABC | 20% | Designs and coordinates research and program evaluation projects including (1) statistical analyses of data sets, (2) the use of longitudinal quantitative data sets available through KSDE databases for purposes of research, (3) the development of surveys and (4) the development reports, charts and graphs. |
| ABC | 20% | Provides technical assistance to all KSDE agency teams on (1) data-collection instruments, (2) possible research methodologies, (3) statistical preparation and presentation of data and (4) design and interpretation of reports. |
| ABC | 25% | Provides guidance to Kansas school districts in the use of at-risk funds and ensures KSDE is following statutory at-risk requirements. |
| ABC | 10% | Performs other duties as requested by the Team Director consistent with the responsibilities of the team and agency. |

## Part III.

**Required Minimum Qualifications**

Six years of experience in evaluation, educational research/measurement or related social science discipline with an emphasis on advanced quantitative applications (e.g., HLM and SEM). Knowledge of and experience with complex quantitative data analysis use of statistical software, including the development of syntax. Education may be substituted for experience as deemed relevant by the agency.

**Preferred Skills and/or Qualifications**

- Master's degree in related field of study;
- Effective problem-solving, planning, organization and decision-making skills;
- Knowledge and skills in all aspects of the research: i.e., research/evaluation design, survey/interview/observation development, data-collection methods, data analysis, report writing and communication of findings to multiple audiences; and
- Microsoft Office and data management.

**Preferred Experience**

- Experience coordinating and conducting program evaluation or research projects; and
- Experience communicating research findings orally and in writing.

| Necessary Special Qualifications, Licenses, Certifications, and/or Registrations |
| --- |
| |

Signature of Employee — 8/20/25 Date

Signature of Human Resources Official — 8/5/2025 Date

Signature of Supervisor — Resigned prior to getting Supervisor signature. Date

Signature of Agency Head or Appointing Authority — 8/7/25 Date