
Courtney Jane Hochman
"I think it's worth to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights." - Charlie Kirk, 2023
People
Charlie Kirk, Right-Wing Activist and Media Personality, Shot in Utah: Report
BREAKING
Katie Allen + 8
10 comments
Like
Comment
Send
Katie Allen
Well deserved
Reply