ALLEN00006

Gmail **Katie Allen <klallenedd@gmail.com>**

# (no subject)

1 message

**Katie Allen** <klallenedd@gmail.com> Thu, Sep 11, 2025 at 9:55 PM
To: Beth Fultz <Beth.Fultz@ksde.gov>

Hi Beth,

Please accept my resignation as of today when I left for my doctor appointment in MHK at noon. I regrettably posted mean words online (then deleted and apologized) the other day, and have brought on the hate from a whole bunch of people. Today has been filled with stress and threats of violence against me, and I don't want to bring that negativity to the agency.

My apologies.

Katie



Allen Deposition Exhibit #13
Page 1 of 1