ALLEN00005

Gmail **Katie Allen <klallenedd@gmail.com>**

# Automatic reply:

1 message

**Beth Fultz** <Beth.Fultz@ksde.gov> Thu, Sep 11, 2025 at 9:55 PM
To: Katie Allen <klallenedd@gmail.com>

I'm on vacation and will return to the office on Wednesday, September 17, 2025.



Allen Deposition Exhibit #15
Page 1 of 1