Watson
EXHIBIT NO. 36
4-31-26 W
APPINO & BIGGS

**From:** Wendy M. Fritz
**Sent:** Tuesday, September 16, 2025 3:20 PM
**To:** Randy Watson
**Subject:** Fw: email

FYI

Get [Outlook for iOS]

---

**From:** Wendy M. Fritz <Wendy.Fritz@ksde.gov>
**Sent:** Tuesday, September 16, 2025 2:52:44 PM
**To:** Beth Fultz <Beth.Fultz@ksde.gov>
**Subject:** Re: email

Thank you for forwarding. Did you receive any other correspondence from her?

Get [Outlook for iOS]

---

**From:** Beth Fultz <Beth.Fultz@ksde.gov>
**Sent:** Tuesday, September 16, 2025 2:42:29 PM
**To:** Wendy M. Fritz <Wendy.Fritz@ksde.gov>
**Subject:** Fw: email

Hi Wendy - I'm just now checking emails while sitting at the airport waiting on my flight and I found this email from Katie. Wish I had looked earlier. See you tot. Beth

Get [Outlook for iOS]

---

**From:** Katie Allen <klallenedd@gmail.com>
**Sent:** Thursday, September 11, 2025 7:55 PM
**To:** Beth Fultz <Beth.Fultz@ksde.gov>
**Subject:**

EXTERNAL: This email originated from outside of KSDE. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Beth,

Please accept my resignation as of today when I left for my doctor appointment in MHK at noon. I regrettably posted mean words online (then deleted and apologized) the other day, and have brought on the hate from a whole bunch of people. Today has been filled with stress and threats of violence against me, and I don't want to bring that negativity to the agency.

My apologies.

Katie