Text Communications with KSDE staff. There are only two staff people I've exchanged texts with: Julie Weeks-my immediate supervisor and Wendy Fritz-HR Director.

Below is the complete record of those texts.

## Julie Ewing



## Wendy Fritz


Ringer
58
WF
Wendy >
iMessage
Fri, Sep 12 at 1:59 PM
Katie, this is Wendy Fritz with KSDE HR. No one has heard from you today. Please reach out so we know you're ok
Hi Wendy. I am ok. Receiving threats to my personal safety so better to not leave the house. Thank you for checking. I appreciate it and my apologies.
iMessage


3:31
99
58
WF
Wendy >
Text Message
Thanks for letting me know.
iMessage
Mon, Sep 15 at 7:48 AM
Hi Wendy,
Not sure what to do.
If I need to talk to you please let me know when a good time to call is.
Thank you
Katie
Mon, Sep 15 at 11:41 AM
iMessage


Ringer
58
WF
Wendy >
Mon, Sep 15 at 11:41 AM
Are you available to talk? If so, give me a call
I'm driving home and will call you in about 10 minutes. Thank you.
Ok
Mon, Sep 15 at 1:47 PM
Are you available for a phone call with Randy and I at 2:15?
iMessage


3:32
99
58
WF
Wendy
about 10 minutes.
Thank you.
Ok
Mon, Sep 15 at 1:47 PM
Are you available for a phone call with Randy and I at 2:15?
Yes
We'll call from Randy's desk phone, 296-0286
Thank you
Read 9/15/25
iMessage

**Documentation of Telephone Communications with KSDE staff**







