# EXHIBIT 5




Allen Deposition Exhibit #12
Page 1 of 1