# EXHIBIT 6

5:40 Thu, Sep 11 99

Add friend | Message | ...

Posts Photos Reels

**Details**

Studied Education at **Kansas State University Graduate School**

Studied at **Mercatus Center at George Mason University**

Joined July 2007

See Katie's About Info

Watson
EXHIBIT NO. 22
4-30-26 VN
APPINO & BIGGS

**Katie's posts**

**Katie Allen**
8h ·

There is never a rationale for violence of any kind. Gun violence, especially, has taken a dramatic toll on young lives and the American psyche.

Late this afternoon I was walking to my car and scrolling Facebook, and in an emotional moment I commented on a post related to a recent shooting. I looked back at the post when I got to my car, I quickly realized I didn't intend the meaning the two words I wrote had so I deleted my comment. Too late – it only took moments for social media users to screen grab my words and quickly spread them.

For anyone who was offended by my words, I deeply apologize. That is not who I am or what I believe – which is why I deleted that comment so fast. Like many of you, I am deeply worried about the violence and discontent happening in America today and will continue to advocate for common sense laws that keep our kids and communities safe. When I make a mistake, I own it and promise to do better.

24

Like Share

**Katie Allen**
Aug 6 ·

Celebrating the first official day back with USD 383 staff. I am inspired by the sincere excitement and happiness I felt from everyone in the building today.... See more



KSDE_000035