# EXHIBIT 7

Watson
EXHIBIT NO. 27
4-30-26 W
APPINO & BIGGS

**From:** Brad Starnes <Brad.Starnes@senate.ks.gov>
**Sent:** Thursday, September 11, 2025 9:11 PM
**To:** Eric Reid; Randy Watson; Danny Zeck; jaymem@usd383.org
**Cc:** Angel Roeser; Sydney Carlin; Megan Steele; Kenny Titus
**Subject:** Accountability for Condoning Political Violence

EXTERNAL: This email originated from outside of KSDE. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Today, I received this correspondence relating to a USD 383 BOE member and BOE candidate. With the most recent assassination of Charlie Kirk and these 2 individuals disgusting and disturbing posts I wanted to share the attached press release. As a former Superintendent of Schools-I understand personnel matters are private, but their statements are of public record.

There must be accountability.

Respectfully,

Brad



***Senator Brad Starnes***
District 22-Riley County
785-477-2730
Brad.starnes@senate.ks.gov
785-296-7360 Office

**FOR IMMEDIATE RELEASE:**
Thursday, September 11, 2025

**CONTACT:**
Megan Stookey
Press@MastersonforGovernor.com
(316) 616-8890

## MASTERSON, STARNES CALL FOR KATIE ALLEN'S FIRING AND REMOVAL FROM USD 383 BOARD

**Topeka, Kan.** – Kansas Senate President Ty Masterson and Senator Brad Starnes are calling for accountability after a post was made by Katie Allen celebrating the death of

conservative leader Charlie Kirk. Allen is an employee of the Kansas Department of Education and a member of the Manhattan-Ogden school board.

Following the murder of Kirk on Wednesday, Allen **commented** "well deserved" on a post justifying Kirk's death. The original post was shared by school board candidate Courtney Jane Hochman.

"Charlie Kirk was murdered for sharing his faith and expressing his political views. Katie Allen's statement that he deserved to die is absolutely reprehensible. Anyone holding such a belief should not be employed by the state of Kansas and has no place making policy decisions for our children," Masterson said. "I urge Education Commissioner Dr. Watson to immediately remove Allen from her position at the Kansas Department of Education, and I call on Ms. Allen to resign from the USD 383 school board."

Senator Brad Starnes, who represents Manhattan, joined Masterson in calling for accountability:

"Katie Allen and Courtney Jane Hochman's suggestion that Charlie Kirk deserved to be murdered for his political beliefs is abhorrent. The safety and moral credibility of Kansas schools are on the line. Our students deserve better than educational 'leaders' who dehumanize people whom they disagree with. Such remarks demonstrate that they have no place shaping education policy or serving in elected office in our community."

###

Dear Senator Starnes,

I am writing to bring to your awareness the disturbing actions of two individuals tied to USD 383 in Manhattan, KS, Courtney Hochman and Katie Allen.

Courtney Hochman, a current candidate for the USD 383 school board, made a post suggesting that Charlie Kirk deserved to be shot because of his second amendment views. Katie Allen, currently on the USD 383 school board and employed by the Kansas Department of Education, understood Hochman's clear implication and replied "well deserved" to Hochman's post, explicitly condoning the shooting.

Both women later deleted their posts and back tracked with empty platitudes. Hochman denied the posting completely while Allen apologized "to anyone who was offended". This issue is much deeper than being offensive, it reveals the instinctive response that a person who was murdered "deserved it". Such a reaction, even in a fleeting moment normalizes violence against those we disagree with. I thought immediately of my own family: my mother, a proud gun owner and Trump supporter, or my children at K-State who are Pro-Life. Would their safety be less valued by these individuals because of their views?

As a Veteran, I have seen what real enemies can do. When an Iraqi who detonated a IED that injured multiple American soldiers which we had just treated and stabilized was captured and brought to my Aid Station for treatment, I reminded my young medics that that we must treat

him as a human being. I emphasized that how we respond in moments of anger and pain reveals who we truly are. Leaders must model dignity, not dehumanization.

**For that reason I am urging you to:**

Speak out publicly against Hochman and Allen's actions.

Demand that USD 383 remove Allen from her board position.

Push for the Kansas Department of Education to immediately terminate Allen's employment.

Take steps to ensure Hochman withdraws from her BOE candidacy.

The safety and moral credibility of Kansas schools are on the line. Our students deserve better than leaders who dehumanize people with whom they disagree. Thank you for your attention to this matter. I look forward to your leadership in defending the values of decency and ensuring accountability in Kansas.