# EXHIBIT 9

**From:** Michelle Dombrosky
**Sent:** Thursday, September 11, 2025 2:44 PM
**To:** Cathy Hopkins; Danny Zeck
**Cc:** Randy Watson
**Subject:** Fw: Reprehensible Conduct by KSDE Employee Katie Allen

Watson
EXHIBIT NO. 30
4-30-26 W
APPINO & BIGGS

Good afternoon,

I have received two emails now regarding this individual who is a local board member and apparently a KSDE employee. It is a local issue and KSDE dept issue because this issue reflects poorly on the dept and the board that serves that dept. I hope that we are able to look deeply into this and swiftly act on it. This wasn't just an opinion that she had and shared, it was a celebrated post regarding the killing ( I would call it an assassination ) of an American citizen who lost his life while speaking to a large crowd of people who attended this event to listen to him speak or who might want to exchange in dialogue that had differing opinions.

This is serious, if it turns out that it is true. I personally would like it to be addressed. Sooner than later.

Respectfully,
Michelle

---

**From:** CAMERON WARD <cameronw@USD383.ORG>
**Sent:** Wednesday, September 10, 2025 9:21 PM
**To:** Randy Watson <Randy.Watson@ksde.gov>
**Cc:** Beryl New <beryl.new@ksde.gov>; Danny Zeck <Danny.Zeck@ksde.gov>; Connie O'Brien <connie.o'brien@ksde.gov>; Melanie Haas <Melanie.Haas@ksde.gov>; Michelle Dombrosky <Michelle.Dombrosky@ksde.gov>; Jim Porter <Jim.Porter@ksde.gov>; Betty Arnold <Betty.Arnold@ksde.gov>; Debby Potter <debby.potter@ksde.gov>; Dennis Hershberger <Dennis.Hershberger@ksde.gov>; Cathy Hopkins <Cathy.Hopkins@ksde.gov>; Beth Fultz <Beth.Fultz@ksde.gov>
**Subject:** Reprehensible Conduct by KSDE Employee Katie Allen

Dear. Dr. Watson and Kansas State Board of Education Members,

I am a parent of a fifth grader and a substitute teacher in USD 383. I am writing you regarding an incident that occurred today involving one of your employees.

Katie Allen is employed by KSDE as a Research Analyst in your Career, Standards and Assessment Services department. Ms. Allen is also a USD 383 Board of Education member and was elected in 2023. Earlier today, Ms. Allen commented on a Facebook post about the assassination of Charlie Kirk with two simple words: "well deserved". I have attached a screenshot of the since-deleted post—her comment can be seen at the bottom of this screenshot. While I appreciate and respect Ms. Allen's constitutionally protected right of free speech, this type of violent, reprehensible and vile speech is unconscionable for a state employee that should share in KSDE's mission of inspiring, coaching and leading to create the conditions for each student's success.

Ironically, Ms. Allen's exercise of free speech was a celebration of the death of a young father who was



KSDE_000025

assassinated because of his life's mission to engage in productive dialogue and free speech. Regardless of Charlie Kirk's ideological and personal beliefs, he like any father did not deserve to lose his life, leaving his children without a dad. Mr. Kirk suffered the ultimate consequence for his exercise of free speech, and I expect that KSDE will not allow an employee with such vehement disdain for human life go without consequence. I am calling on this board to investigate and immediately terminate Ms. Allen for her actions that directly negate and pervert the mission of public education by publicly celebrating the death of another human being.

Your Board has made great strides in fostering and sustaining a public education system that I am proud to be both a parent and educator in. Please don't let the horrific statement by one of your employees represent the crucial work that KSDE does to forever impact the growth and development that every student in our great state is a part of.

Respectfully,
Cam Ward
785-340-5386