# EXHIBIT
# 10

Watson
EXHIBIT NO. 31
4-30-26 VV
APPINO & BIGGS

**From:** Anthony Gaertner <webeathealth@gmail.com>
**Sent:** Friday, September 12, 2025 5:45 PM
**To:** Randy Watson
**Subject:** Katie Allen

If she is not removed I will make it my job to spread the physical address of your immediate family and ALL innocent young females in your family. We will not tolerate this shit and if you don't think we are serious then please don't remove Katie.
Thanks,

Very upset and angry American