# EXHIBIT

# 13

ALLEN00011

Gmail

Katie Allen <klallenedd@gmail.com>

# Resignation Confirmation

1 message

**Wendy M. Fritz** <Wendy.Fritz@ksde.gov> Tue, Sep 16, 2025 at 4:47 PM
To: Katie Allen <klallenedd@gmail.com>

Katie,

The Kansas State Department of Education has received and accepted your resignation, which you submitted to your director via email on Thursday, September 11, 2025, at 7:55 p.m.

As stated in your email, your resignation was effective as of Thursday, September 11, 2025.

I have attached the "Benefits Checklist for Employees Leaving KSDE" document for your reference.

There were no personal belongings in your cubicle other than a few food items. During our phone conversation yesterday, you stated that you didn't want the food items returned to you.

Please ensure your KSDE employee ID is returned to our office by the end of the workweek

Wendy

KANSAS STATE DEPARTMENT OF EDUCATION
900 S.W. Jackson Street, Suite 102
Topeka, Kansas 66612-1212

Wendy M. Fritz

*Director*

Human Resources

(785) 296-5363

Wendy.Fritz@ksde.gov

www.ksde.gov

*Kansas leads the world in the success of each student.*

The Kansas State Department of Education does not discriminate on the basis of race, color, national origin, sex, disability or age in its programs and activities and provides equal access to the Boy Scouts and other designated youth groups. The following person has been designated to handle inquiries regarding the nondiscrimination policies: KSDE General Counsel, Office of General Counsel, KSDE, Landon State Office Building, 900 S.W. Jackson, Suite 102, Topeka, KS 66612, (785) 296-3201.

---

**Katie Allen.pdf**
95K

# Benefits Checklist for Employees Leaving KSDE

**Employee Name:** **Katie Allen**
**Last day on payroll:** **9/11/2025**
**Date of Final Paycheck:** **Friday, September 26, 2025**

| | BENEFIT | INFORMATION |
|---|---|---|
| X | Access to the on-line Employee Self Service (ESSC)<br>Helpdesk (password reset)<br>Toll Free: 1-866-999-3001<br>Topeka: 785-296-1900 | You have 30 days from the date of termination to access all your Self-Service information. After 30 days, access is limited to "My System Profile" and "W-2: Consent, Reissue Forms" and "View Paycheck" tiles for 18 months from the date of separation.<br>WEBSITE: https://admin.ks.gov/offices/personnel-services/ssc |
| X | Sick Leave | Sick leave balances will not be paid upon separation unless you are retiring from the state. However, if you are re-employed by the State within 1 year of separation, your sick leave balance will be reinstated. **Your balance as of 9/11/2025 was 3.70 hours. This balance will be adjusted based on the hours that you accrue / use before your last day.** |
| X | Vacation Leave | Balance (up to max allowed - 176 hours) will be paid out on last paycheck. If you wish to change your withholdings, you may do that on the ESSC. **Your balance as of 9/11/2025 was .70 hours. This balance will be adjusted based on the hours that you accrue / use before your last day.** |
| | SEHP Flexible Spending Account (FSA) | If enrolled, your last check will have the deduction amount withheld. Only expenses incurred while participating in the plan can be reimbursed. An expense must be reimbursed from funds allocated for the plan year in which the expense was incurred. Claims may be submitted for reimbursement through April 30, 2026 for the 2025 plan year.<br>**You are not participating in Flexible Spending.** |
| | Health Care FSA | Health Care partcipation will end effective the end of the month in which termed. Coverage may be extended on an after-tax basis if elect continuation of health care coverage under COBRA. |
| | Dependent Care FSA | Dependent Care participation will end effective the end of the plan year in which termed. Eligibility and IRS rules apply. |
| X | Health Savings Account (HSA) | Once you discountinue coverage under an HDHP and/or get coverage under another health plan that disqualifies you from an HSA, but since you own the HSA, you can continue to use the remaining funds for future medical expenses.<br>**You are participating in a Health Savings Account.** |
| | Health Reimbursement Account (HRA) | Your HRA card will no longer work after the last day of coverage. You can submit manual reimbursments to Metlife for 60 days after your coverage ends. **You are not participating in a Health Reimbursement Account.** |
| X | Group Health Insurance (GHI)<br>COBRA: TASC<br>Toll Free: 1-844-285-9985<br>Website: www.tasconline.com | **Will be effective through midnight of the last day of the month in which you term. Therefore, you benefits willl be effective through midnight of 9/30/2025.** You may opt to continue coverage through COBRA up to 18 months. The COBRA notification letter is mailed by TASC, the 3rd party administrator. You have approximately 60 days from termination date to elect coverage. TASC will provide information and receive premium payments. |

| | BENEFIT | INFORMATION |
|---|---|---|
| X | KPERS - Retirement<br>Info Line: 785-296-6166<br>Website: http://www.kpers.org | If you decide to withdraw your contributions, you will need to reach out to KPERS for the form. This form cannot be signed until at least thirty-one days after your end date. https://www.kpers.org/forms/kwithdrawalbooklet.pdf<br>You are contributing in KPERS and you are not vested.<br>Please review: http://www.kpers.org/pdf/leavingemployment.pdf |
| X | Unemployment Benefits | You may wish to contact the local Job Service Center for information about unemployment benefits. |
| X | Options for continuation of Life Insurance coverage<br>The Standard Branch Office<br>6800 College Blvd. Suite 500<br>Overland Park, KS 66211<br>Toll Free 1-844-289-2306<br>Fax 913-661-9243<br>Email: Kpersadmin@standard.com | **There are two options to continue all or a portion of Basic Group Life Insurance and/or existing Optional Group Life Insurance coverage:**<br>1) CONVERSION OPTION: Convert group term insurance policy to an individual whole life policy: https://www.standard.com/eforms/9563_753781.pdf<br>2) PORTABLE OPTION: Continue group term life insurance as an individual policy **Not eligible for this option if not actively at work on last day of employment or age 80 or older.**<br>https://www.standard.com/eforms9178_753781.pdf<br>Note: If interested in **either option**, complete form and return to KSDE Human Resources for processing. |
| | Optional Group Life Insurance (OGLI) | Coverage will end last day of month in which you work. **You are not participating in this coverage.** |
| | Group Life Insurance - KPERS Death Benefit | While employed, coverage equals 150% of annual compensation. **Paid by employers for all employees.** |
| | KPERS457 PLAN:<br>Toll Free: 1-800-232-0024<br>800 SW Jackson Street, Suite 1108<br>Topeka, KS 66612 | Final deduction will be taken from last paycheck. Participating employees are encouraged to contact the Plan administrator.<br>You are not enrolled in this plan. |
| | Organizational Dues (KOSE, KAPE, SEAK, etc) | Final deduction will be taken from last paycheck. Contact the organization if you wish to end participation prior to final paycheck. You are not contributing dues to an employee organization. |
| | United Way | Final deduction will be made from last paycheck. You are not contributing to the United Way. |
| | Learning Quest:<br>Toll Free 800-579-2203<br>American Century Investments (ACI):<br>Toll Free: 800-345-2021 | Contributions will stop automatically after your final paycheck. The contributions will remain in the Learning Quest account and will be invested in the market portfolio you have selected and will be subject to market fluctuations. Withdrawal of the funds may result in taxes and penalities. For additional information, contact ACI. You are not enrolled in this plan. |
| X | HealthQuest - Employee Assistance Program (EAP)<br>Toll Free: 888-275-1205 | A counselor is available 24 hours a day for help in dealing with personal/family problems. This service is available to you and your immediate family thru the last day of the month in which you work. |
| X | Items to collect on last day | Turn in all State property issued to you during your employment to your immediate supervisor (keys, cell phone, laptop, vehicle, etc) |
| X | REMINDER: | Employees are reminded to update the Primary E-mail Account to a personal e-mail address upon separation from the State of Kansas to ensure receipt of electronic W-2 notification e-mails. |

ALLEN00013

Gmail

Katie Allen <klallenedd@gmail.com>

# FW: Resignation Confirmation

1 message

**Wendy M. Fritz** <Wendy.Fritz@ksde.gov> Mon, Sep 22, 2025 at 3:14 PM
To: Katie Allen <klallenedd@gmail.com>

Katie,

Please let me know when we can expect the KSDE employee ID returned to the office. In the email below, I requested it be returned by last Friday, September 19th.

Wendy

---

**From:** Wendy M. Fritz
**Sent:** Tuesday, September 16, 2025 4:48 PM
**To:** Katie Allen <klallenedd@gmail.com>
**Subject:** Resignation Confirmation

Katie,

The Kansas State Department of Education has received and accepted your resignation, which you submitted to your director via email on Thursday, September 11, 2025, at 7:55 p.m.

As stated in your email, your resignation was effective as of Thursday, September 11, 2025.

I have attached the "Benefits Checklist for Employees Leaving KSDE" document for your reference.

There were no personal belongings in your cubicle other than a few food items. During our phone conversation yesterday, you stated that you didn't want the food items returned to you.

Please ensure your KSDE employee ID is returned to our office by the end of the workweek

Wendy

ALLEN00014

KANSAS STATE DEPARTMENT OF EDUCATION
900 S.W. Jackson Street, Suite 102
Topeka, Kansas 66612-1212

Wendy M. Fritz

*Director*

Human Resources

(785) 296-5363

Wendy.Fritz@ksde.gov

www.ksde.gov

*Kansas leads the world in the success of each student.*

The Kansas State Department of Education does not discriminate on the basis of race, color, national origin, sex, disability or age in its programs and activities and provides equal access to the Boy Scouts and other designated youth groups. The following person has been designated to handle inquiries regarding the nondiscrimination policies: KSDE General Counsel, Office of General Counsel, KSDE, Landon State Office Building, 900 S.W. Jackson, Suite 102, Topeka, KS 66612, (785) 296-3201.

---

**Katie Allen.pdf**
95K