# EXHIBIT 1

**From:** Michelle Dombrosky
**Sent:** Monday, September 15, 2025 2:57 PM
**To:** Megan Steele
**Subject:** Re: Call to Action - Katie Allen

Megan,

Just responding to those who have sent emails directly to me.
Katie Allen is no longer employed by KSDE.

Michelle

---

**From:** Megan Steele <Megan.Steele@house.ks.gov>
**Sent:** Friday, September 12, 2025 2:23 PM
**To:** Michelle Dombrosky <Michelle.Dombrosky@ksde.gov>
**Subject:** Re: Call to Action - Katie Allen

Thank you for your response. Truly appreciated.

Megan

**Dr. Megan D. Steele, PhD, RN**
Representative District 51
Kansas House of Representatives
Office 165-B
405-714-7835

**Confidentiality**-This email (including attachments) may contain confidential, proprietary, and privileged information. Any unauthorized disclosure or use is prohibited. If you received this email in error, please notify the sender and delete this email from your system. Thank you.

---

**From:** Michelle Dombrosky <Michelle.Dombrosky@ksde.gov>
**Sent:** Friday, September 12, 2025 2:22 PM
**To:** Megan Steele <Megan.Steele@house.ks.gov>
**Subject:** Re: Call to Action - Katie Allen

Dear Megan,

I have received your email, and I have read it.

Thank you!

Michelle
District #3

KSBOE

---

**From:** Megan Steele <Megan.Steele@house.ks.gov>
**Sent:** Thursday, September 11, 2025 8:46 PM
**To:** Michelle Dombrosky <Michelle.Dombrosky@ksde.gov>
**Subject:** Call to Action - Katie Allen

Michelle,

Charlie Kirk was brutally assassinated for standing firm in his faith and political views. KSDE Employee, Katie Allen's remark that his murder was "well deserved" is disgusting and inexcusable. Anyone who believes a person deserves to die for their faith or political views has no place working for the State of Kansas or any place near our children's education.

https://themercury.com/news/usd-383-board-member-katie-allen-apologizes-after-post/article_55c80566-d5b5-496e-952b-b7c5380270ce.html?fbclid=IwY2xjawMwVxhleHRuA2FlbQIxMQABHtHKq3qEwp7eiHdLSd2COvxNMGCpuEe_wHFsd7lNBTAjrAbJ5QhOWdlTKSP6_aem_ZIN9KTaGxd6DN1pyo8g4Hw

I strongly urge you to immediately demand Ms. Allen resign or be fired. Hate speech has no place around the education of our children.

Thank you for your attention to this serious matter,
Representative Steele

**Dr. Megan D. Steele, PhD, RN**
Representative District 51
Kansas House of Representatives
Office 165-B
405-714-7835

**Confidentiality**-This email (including attachments) may contain confidential, proprietary, and privileged information. Any unauthorized disclosure or use is prohibited. If you received this email in error, please notify the sender and delete this email from your system. Thank you.