# EXHIBIT 2

**From:** Danny Zeck <Danny.Zeck@ksde.gov>
**Sent:** Monday, September 15, 2025 11:11 PM GMT
**To:** Megan Steele <Megan.Steele@house.ks.gov>
**Subject:** Re: Call to Action - Katie Allen

Megan,
Thanks for the email. KSDE and Katie have parted ways.
Danny Zeck
Get Outlook for iOS

**From:** Megan Steele <Megan.Steele@house.ks.gov>
**Sent:** Thursday, September 11, 2025 8:45:11 PM
**To:** Danny Zeck <Danny.Zeck@ksde.gov>
**Subject:** Call to Action - Katie Allen

Danny,

Charlie Kirk was brutally assassinated for standing firm in his faith and political views. KSDE Employee, Katie Allen's remark that his murder was "well deserved" is disgusting and inexcusable. Anyone who believes a person deserves to die for their faith or political views has no place working for the State of Kansas or any place near our children's education.
https://themercury.com/news/usd-383-board-member-katie-allen-apologizes-after-post/article_55c80566-d5b5-496e-952b-b7c5380270ce.html?fbclid=IwY2xjawMwVxhleHRuA2FlbQIxMQABHtHKq3qEwp7eiHdLSd2COvxNMGCpuEe_wHFsd7lNBTAjrAbJ5QhOWdlTKSP6_aem_ZIN9KTaGxd6DN1pyo8g4Hw

I strongly urge you to immediately demand Ms. Allen resign or be fired. Hate speech has no place around the education of our children.

Thank you for your attention to this serious matter,

Representative Steele
**Dr. Megan D. Steele, PhD, RN**
Representative District 51
Kansas House of Representatives
Office 165-B
405-714-7835
**Confidentiality**-This email (including attachments) may contain confidential, proprietary, and privileged information. Any unauthorized disclosure or use is prohibited. If you received this email in error, please notify the sender and delete this email from your system. Thank you.